1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEANDRA LOVETT,

                          Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

Case No. C22-5675-DGE

**ORDER GRANTING EXTENSION
OF TIME TO ANSWER**

        This matter comes before the Court on Plaintiff's unopposed motion to extend the time in which Defendant must file the administrative record (AR).  (Dkt. No. 8.)  According to Plaintiff, Plaintiff filed an affidavit of service on March 8, 2023, but "due to a technical issue," service was not perfected on Defendant.  (*Id*. at 1.)  Plaintiff explains this "technical issue has impacted a number of cases filed by Plaintiff's counsel," and that Plaintiff and Defendant "have been in regular communication" so that Defendant does not have to file the ARs for the impacted cases at the same time.  (*Id*. at 1–2.)

///

///

///

///

///

///

ORDER GRANTING EXTENSION OF TIME
TO ANSWER - 1

1   Based on the explanation provided by Plaintiff, and given that the motion is unopposed,

2 the Court GRANTS Plaintiff's motion.  Accordingly, the Court hereby ORDERS Defendant to

3 file the AR for this case by May 25, 2023.

4   DATED this 28th day of March 2023.

David G. Estudillo
Chief United States District Judge